UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G. and J.H., individually on behalf of themselves and on behalf of all others similarly situated,<br>Plaintiff(s)<br>v.<br>ASHLYNN MARKETING GROUP, INC., doing business as SE7EN, and DOES 1-50, inclusive,<br>Defendant(s) | CASE NUMBER<br>2:25-cv-06491-RGK-JC<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  [17] |

☒ The Court hereby orders that the request of:
Ashlynn Marketing Group, Inc. doing business as SE7EN       ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

☒ to substitute   Rachel A. McMains of Snell & Wilmer L.L.P.   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

600 Anton Blvd., Suite 1400
*Street Address*

Costa Mesa, California 92626          rmcmains@swlaw.com
*City, State, Zip*                              *E-Mail Address*

714.427.7000          714.427.7799          352954
*Telephone Number*     *Fax Number*        *State Bar Number*

as attorney of record instead of   Marisol C. Mork of Squire Patton Boggs LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  9/9/2025                    *Gary Klausner*
                                   U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)       ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY
4911-3443-6964v1