Snell & Wilmer L.L.P.
Andrew P. Young, Bar No. 326540
apyoung@swlaw.com
Rachel A. McMains, Bar No. 352954
rmcmains@swlaw.com
3611 Valley Centre Drive, Suite 500
San Diego, California 92130-3324
Telephone: 858.434.5020
Facsimile: 858.434.5006

Attorneys for Defendant
Ashlyn Marketing Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G. and J.H., individually on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLYNN MARKETING GROUP, INC., doing business as SE7EN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06491-RGK-JC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date: October 13, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br><br>Trial Date: Not Set.<br>Date Action Filed: July 16, 2025 |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Defendant ASHLYNN MARKETING GROUP, INC. ("Defendant") requests the Court take judicial notice and/or reference of the following documents in connection with Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint ("Motion"):

State Law Variations: Breach of Implied Warranty Appendix filed by defendant Hyundai Motor America, in the case of *Vinci v. Hyundai Motor America*, No. 8:17-cv-00997-DOC-KES (C.D. Cal. 2017), Dkt. # 29-5, a true and correct copy of which is attached hereto as **Exhibit 1**.

1  Survey of State Law on Unjust Enrichment Appendix filed by defendant
2  Hyundai Motor America, in the case of *Vinci v. Hyundai Motor America*, No. 8:17-
3  cv-00997-DOC-KES (C.D. Cal. 2017), Dkt. # 29-3, a true and correct copy of which
4  is attached hereto as **Exhibit 2**.

5  Survey of State Law on Fraudulent Concealment Appendix filed by defendant
6  Hyundai Motor America, in the case of *Vinci v. Hyundai Motor America*, No. 8:17-
7  cv-00997-DOC-KES (C.D. Cal. 2017), Dkt. #29-4, a true and correct copy of which
8  is attached hereto as **Exhibit 3**.

9  State Law Variations: Fraud Exhibit filed by defendant Suzuki Motor of
10 America, in the case of *Jackson v. Suzuki Motor of Am., In.*, No. 8:23-CV-02189-
11 FWS-JDE (C.D. Cal. 2023), Dkt. #23-1, a true and correct copy of which is attached
12 hereto as **Exhibit 4**.

Dated: September 12, 2025                SNELL & WILMER L.L.P.

By: /s/ Andrew P. Young
    Andrew P. Young
    Rachel A. McMains

Attorneys for Defendant
Ashlyn Marketing Group, Inc.